

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-347-HDM-(NJK) |
| MARC ALAN KENNEDY, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant MARC ALAN KENNEDY to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant MARC ALAN KENNEDY pled guilty. Criminal Indictment, ECF No. 1; Amended Bill of Particulars, ECF No. 25; Plea Agreement, ECF No. 27; Change of Plea, ECF No. 28; Preliminary Order of Forfeiture, ECF No. 31.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 23, 2015, through May 22, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 32.

///

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States
9  Code, Section 853(n)(7) and shall be disposed of according to law:

1. Toshiba external hard drive (serial #H2MISYCWSRES);
2. 2 USB drives;
3. Seagate hard drive (serial #9QM6AKZL);
4. Eight (8) CD/DVDs;
5. HTC cell phone (unreadable serial number);
6. AT&T LG cell phone (serial #004CQRN943702);
7. Sony micro-SD card;
8. USB drive (black);
9. Quantum hard drive (30GB);
10. Mini CD;
11. Seventeen (17) CD/DVDs;
12. HP laptop (serial #5CG34758H5);
13. Dell PC tower (serial #011M002);
14. Western Digital 200GB hard drive (serial #WCAL77884135) removed from Gateway PC tower (serial #CCH62);
15. Western Digital 250GB hard drive (serial #WCANKL911162) removed from Dell PC tower (serial #GVYW1);

2

16. SanDisk Cruzer USB drive;

17. SanDisk media card;

18. Western Digital hard drive (serial #WXG1AA3E5085);

19. Blue Gateway model #EG70 (serial #NXY33AA01540300EBD7204); and

20. Samsung digital camera (serial #A9RVC9AF6006BPM) with inserted media card.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 23 day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE