United States Attorney
LISA CARTIER-GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MARC KENNEDY,<br>                    Defendant. | 2:14-cr-00347-HDM-NJK<br> ORDER GRANTING UNOPPOSED MOTION TO DISMISS COUNT TWO OF THE CRIMINAL INDICTMENT |

On April 14, 2015, the Defendant, MARC KENNEDY, entered a guilty plea to Count one of Criminal Indictment (Doc. #28, Minutes of Change of Plea Proceedings), pursuant to a plea agreement. Doc. #27, Plea Agreement.  On July 22, 2015, the Defendant was sentenced pursuant to that plea agreement.  Doc. #28. The Plea Agreement called for the United States to dismiss Count Two of the Indictment at the time of sentencing. *See* Doc. #27 at 2. The Government inadvertently failed to make the oral pronunciation dismissing Count Two at the time of sentencing.  Accordingly, the United States now files this unopposed motion to dismiss Count Two of the Criminal Indictment.

Dated this 27th day of July, 2015.

                                                     Respectfully submitted,
                                                    DANIEL G. BOGDEN
                                                    United States Attorney

                                                     //s//
                                                    CRISTINA D. SILVA
                                                    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-00347-HDM-NJK |
| Plaintiff, | **ORDER** |
| vs. | |
| MARC KENNEDY, | |
| Defendant. | |

The Court hereby **GRANTS** the unopposed motion to dismiss count two of the criminal indictment.

It is So Ordered.

Dated this 28th day of July, 2015.

_____
HONORABLE HOWARD D. McKIBBEN
United States District Court Judge