UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00347-HDM-NJK |
| Plaintiff, | |
| v. | ORDER |
| MARC ALAN KENNEDY, | |
| Defendant. | |

IT IS ORDERED that this matter be referred to the Chief Judge for reassignment.

IT IS SO ORDERED.

DATED: This 24th day of March, 2026.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE

1