TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARC ALAN KENNEDY,<br>Defendant. | Case No. 2:14-cr-00347-APG-NJK<br><br>STIPULATION TO CONTINUE REVOCATION (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Joanne Diamond, counsel for Defendant Marc Alan Kennedy, that the Revocation hearing currently scheduled for August 21, 2026 at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. On May 14, 2026, the defendant plead guilty on a new indictment, case number 2:26-cr-00074-APG-NJK, resulting from the same underlying conduct as in the instant matter. That matter is currently scheduled for sentence on August 21, 2026, however, the parties have requested a continuance for at least ninety (90) days.

2. Pursuant to the plea agreement in case number 2:26-cr-00074-APG-NJK, the parties anticipate a global resolution to both the instant matter and the matter pending sentence.

3. Thus, the parties are requesting a continuance to keep the two matters together for an expedited resolution and request that this matter be put on the same day as the sentence pending in case number 2:26-cr-00074-APG-NJK.

4. The defendant is currently in custody and does not object to the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the sentencing.

Dated this 30th day of July, 2026.

Todd Blanche
Acting Attorney General

By: */s/ Afroza Yeasmin*
AFROZA YEASMIN
Assistant United States Attorney

By: */s/ Joanne Diamond*
JOANNE DIAMOND
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARC ALAN KENNEDY,<br>Defendant. | Case No. 2:14-cr-00347-APG-NJK<br>ORDER |

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for August 21, 2026 at 10:00 a.m., be vacated and continued to November 10, 2026 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 31st day of July, 2026.

HONORABLE ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE